## STATEMENT OF FACTS

On October 25, 2013, at approximately 1:46 p.m., a person later identified as Mubarak Mahmud (Mahmud) entered the Independence Federal Savings Bank, which is insured by the Federal Deposit Insurance Corporation (FDIC), located at 1301 9th Street, Northwest, Washington, D.C. Mahmud approached the teller counter and produced a note, which demanded money and told him not to be a hero. The teller complied with Mahmud's demand and handed over approximately $2,459 in United States currency. Mahmud placed the money into a blue bag and fled the bank on foot when he saw the teller reach for the silent alarm.

According to witness statements from the bank and bank video surveillance a second person later identified as Mahmud's brother, Sheikh Mahmud (Sheikh), stood outside the bank and appeared to be holding the front door open. Witness and video surveillance showed the brothers together prior to them entering the bank and a witness statement advised that Sheikh ran away with Mahmud as he made his escape out of the bank.

Mahmud was seen wearing dark clothing, white baseball cap and glasses. Sheikh was seen wearing a black jacket with red sleeves.

An officer with the Metropolitan Police Department was driving by the bank as Mahmud fled from the scene carrying the blue bag. The officer viewing this believed a robbery had just taken place and attempted to apprehend Mahmud. Mahmud failed to comply with orders and continued to run into the alley ways between 9th and 10th streets and between O and N streets, Northwest, Washington, D.C.

While giving chase, the officer lost sight of Mahmud. A witness alerted officers that he had seen a person hide between vehicles in a parking lot in the 1300 block of Naylor Court. While attempting to locate Mahmud, officers learned through their police radios that the Independence Federal Savings bank was indeed robbed. A lookout was broadcasted that matched the description of both Mahmud and Sheikh.

Officers responded to the parking lot in the 1300 block of Naylor Court, Mahmud again fled the scene but was chased by officers. In the area where Mahmud was seen hiding by the witness, law enforcement recovered a blue bag, white baseball cap and glasses on the ground. Officers, who gave chase, apprehended Mahmud at the corner of 10th and O Street, Northwest. In Mahmud's pocket was United States currency totaling approximately $2,360.

While at the scene with Mahmud in custody at 10th and O Street, Northwest, Sheikh who was still wearing the black jacket with red sleeves approached the officers and inquired about his brother. Officers already hearing the lookout broadcasted through dispatch took Sheikh into custody. The jacket Sheikh was wearing appeared to be the same jacket seen in the video surveillance from the bank robbery.

  Both Mahmud and Sheikh were placed under arrest and transported to the Washington, D.C. Metropolitan Police Department.  They were both read their rights, and both waived agreeing to speak with law enforcement.  Mahmud and Sheikh both confessed to robbing the Independence Federal Savings Bank.

              _____
              SPECIAL AGENT CHARLES ROONEY
              FEDERAL BUREAU INVESTIGATIONS

SWORN AND SUBSCRIBED BEFORE ME ON THE \_\_\_\_\_ DAY OF OCTOBER, 2013.

              _____
              U.S. MAGISTRATE JUDGE